# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-40572
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Saul Huerta-Hernandez,

*Defendant—Appellant*.

———————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-179-8

———————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Saul Huerta-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Huerta-Hernandez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40572

well as Huerta-Hernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Huerta-Hernandez's incorporated motion for appointment of substitute counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).